AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**CHRIS J. JACOBS III,**

        Petitioner,

    V.                        CASE NUMBER: **03-C-1476**

**WARDEN BERTRAND,
Green Bay Correctional Institution,**

        Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the petitioner's petition pursuant to 28 U.S.C. § 2254 is DISMISSED WITHOUT PREJUDICE. The Court found that the underlying claims have been brought pursuant to the wrong statue and cognizable only under 42 U.S.C. § 1983.**
**This action is hereby DISMISSED WITHOUT PREJUDICE.**

    **June 16, 2005**                                  **SOFRON B. NEDILSKY**
Date                                                      Clerk

                                                                               s/ Linda M. Zik
                                                                               (By) Deputy Clerk